# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

SOUMIA SOROURI and
MOHAMMED MAMOUNI,

    Plaintiffs,

v.                                                   Case No: 5:15-cv-427-Oc-30PRL

JEH JOHNSON, LEON RODRIGUEZ,
TONY BRYSON and KIMBERLY
DEAN,

    Defendants.

## ORDER OF DISMISSAL

Before the Court is the Plaintiffs' Notice of Voluntary Dismissal (Dkt. #17). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed.

2.    All pending motions are denied as moot.

3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 21st day of March, 2016.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record